No. 83–6131.   COOPER *v.* BLOUNT ET AL.   Sup. Ct. Va.   Certiorari denied.

No. 83–6134.   FOREN *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 83–6135.   LONG *v.* MCKEEN, CHIEF OF INSTITUTIONS, OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS. C. A. 6th Cir.   Certiorari denied.

No. 83–6140.   BAKER *v.* MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 83–6144.   WARD *v.* OWEN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–6149.   MCCORKLE *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 83–6151.   HILL *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 83–6152.   CARTER *v.* TEXAS.   C. A. 5th Cir.   Certiorari denied.

No. 83–6154.   DAVIDSON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–6159.   RAMIREZ *v.* ST. PAUL FIRE & MARINE INSURANCE CO. ET AL.   Ct. App. La., 3d Cir.   Certiorari denied.

No. 83–6160.   WARNAS *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari denied.

No. 83–6162.   MARK *v.* SHARAGA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–6164.   MONTGOMERY *v.* AMERICAN EXPRESS CO.   Ct. App. D. C.   Certiorari denied.

No. 83–6165.   WOODS *v.* SUMNER, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 83–6167.   LEAHY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.